UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYANNE BENSON,<br><br>                 Plaintiff,<br><br>         -v.-<br><br>TIFFANY AND COMPANY, SUMMARY PLAN DESCRIPTION, AVAILABLE ONLY TO EMPLOYEES HIRED ON OR BEFORE MARCH 31, 2012, HEALTH CARE PRE-65 RETIREE; TIFFANY & CO., GLOBAL HUMAN RESOURCES, BENEFITS; and TIFFANY AND COMPANY MEDICAL PLAN (AS AMENDED, EFFECTIVE APRIL 1, 1995).<br><br>                 Defendants. | 20 Civ. 1289 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The parties in this matter are hereby ORDERED to appear for oral argument on Defendants' pending motion to dismiss on March 15, 2021, at 10:00 a.m. The oral argument will take place by videoconference, and instructions for accessing the conference will be provided to the parties separately.

      SO ORDERED.

Dated:    March 10, 2021
             New York, New York

                                                                   KATHERINE POLK FAILLA
                                                                   United States District Judge