UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARYANNE BENSON,

                Plaintiff,

-v.-

TIFFANY AND COMPANY, SUMMARY PLAN DESCRIPTION, AVAILABLE ONLY TO EMPLOYEES HIRED ON OR BEFORE MARCH 31, 2012, HEALTH CARE PRE-65 RETIREE; TIFFANY & CO., GLOBAL HUMAN RESOURCES, BENEFITS; and TIFFANY AND COMPANY MEDICAL PLAN (AS AMENDED, EFFECTIVE APRIL 1, 1995).

                Defendants.

20 Civ. 1289 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On March 17, 2021, the parties in this matter informed the Court by email that they were in the process of negotiating a potential settlement. The Court has appreciated the further updates it has received from the parties on the status of their discussions, and wishes to ensure that the parties' negotiations proceed without further distractions. Accordingly, the Court STAYS this matter on its docket until April 15, 2021, in order to allow the parties the time they need to finalize their settlement discussions. The parties may provide the Court with further updates during this period as appropriate.

    SO ORDERED.

Dated:    March 23, 2021
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                 United States District Judge