UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARYANNE BENSON,

                      Plaintiff,

    -against-                                20 **CIVIL** 1289 (KPF)

## **JUDGMENT**

TIFFANY AND COMPANY, SUMMARY PLAN
DESCRIPTION, AVAILABLE ONLY TO
EMPLOYEES HIRED ON OR BEFORE
MARCH 31, 2012, HEALTH CARE PRE-65
RETIREE; TIFFANY & CO., GLOBAL
HUMAN RESOURCES, BENEFITS; and
TIFFANY AND COMPANY MEDICAL PLAN
(AS AMENDED, EFFECTIVE APRIL 1, 1995),

                      Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 10, 2021, Defendants' motion to dismiss is GRANTED, and Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE; accordingly, this case is closed.

**Dated:**  New York, New York
           May 11, 2021

                                                    **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                              **BY:**
                                                         **Deputy Clerk**